Christopher B. Kende (CK-0632)
Christopher Raleigh (CR-9366)
COZEN O'CONNOR
Attorneys for Plaintiffs
45 Broadway Atrium - 16th Floor
New York, New York 10006
(212) 509-9400



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

ESSEX INSURANCE COMPANY,

    Plaintiff,

    -against-

CARNIVAL CORPORATION,

    Defendant.

------------------------------------x

JUDGE CASTEL

07 CIV 4653

Civil Action No.

**Rule 7.1 Disclosure**
**Of Interested Parties**

CHRISTOPHER RALEIGH, attorney for plaintiff, Essex Insurance Company, having filed an initial pleading in the above captioned matter, makes the following disclosure to the Court pursuant to Rule 7.1 of the Local Rules for the Southern and Eastern Districts of New York:

1.    Essex Insurance Company is related to Markel Corporation, which is a publicly traded company.

DATED:    New York, New York
               June 1, 2007

                              COZEN O'CONNOR
                              Attorneys for Plaintiffs

                By:    _____
                              Christopher B. Kende (CK-0632)
                              Christopher Raleigh (CR 9366)
                              45 Broadway - 16th Floor
                              New York, New York 10006
                              (212) 509-9400