UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――x
                                        )
ESSEX INSURANCE COMPANY,                )
                                        )
            Plaintiff,                  )      07 Civ. 4653 (PKC)
                                        )
        -against-                       )      **Notice of Appearance**
                                        )
CARNIVAL CORPORATION,                   )
                                        )
            Defendant.                  )
                                        )
―――――――――――――――――――――――x

**PLEASE TAKE NOTICE THAT** Andrew N. Bourne, Esq. of the law firm Dickstein Shapiro LLP, an attorney duly admitted to practice law in this Court, hereby appears on behalf of Defendant Carnival Corporation in the above captioned matter.

Dated: July 13, 2007

                                        DICKSTEIN SHAPIRO LLP


                                        By:  s/ Andrew N. Bourne
                                             Andrew N. Bourne, Esq. (AB-9774)
                                             1177 Avenue of the Americas
                                             New York, New York 10036-2714
                                             (212) 277-6500
                                             Attorney for Defendant

1