(AJSEGS.)

```
┌─────────────────────────┐
│ USDS SDNY               │
│ DOCUMENT                │
│ ELECTRONICALLY FILED    │
│ DOC #: _____  │
│ DATE FILED: 7/16/07     │
└─────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x
ESSEX INSURANCE COMPANY,                )
                                        )
              Plaintiff,                )    07 Civ. 4653 (PKC)
                                        )
         -against-                      )    Stipulation and Order Extending
                                        )    Time to Answer
CARNIVAL CORPORATION,                   )
                                        )
              Defendant.                )
                                        )
----------------------------------------x

IT IS HEREY STIPULATED AND AGREED by and between the attorneys for Plaintiff Essex Insurance Company and Defendant Carnival Corporation that Carnival Corporation's time to serve and file a responsive pleading to the Complaint is hereby extended until and including August 15, 2007.

Dated: New York, New York
       July 13, 2007

COZEN O'CONNOR                          DICKSTEIN SHAPIRO LLP

By: _____           By: _____
    Christopher B. Kende (CK-0632)          Andrew N. Bourne, Esq. (AB-9774)
    Christopher Raleigh (CR-9366)           1177 Avenue of the Americas
    45 Broadway Atrium – 16th Floor         New York, New York 10036-2714
    New York, New York 10006                Attorneys for Defendant
    Attorneys for Plaintiff

SO ORDERED:                              7-13-07
_____
P. Kevin Castel
United States District Judge

1