*CASSEC,5,*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/19/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x
ESSEX INSURANCE COMPANY,            )
                                     )
            Plaintiff,               )
                                     )    07 Civ. 4653 (PKC)
        -against-                    )
                                     )    Stipulation and Order Extending
                                     )    Time to Answer
CARNIVAL CORPORATION,                )
                                     )
            Defendant.               )
                                     )
---------------------------------------x

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for Plaintiff Essex Insurance Company and Defendant Carnival Corporation that Carnival Corporation's time to serve and file a responsive pleading to the Complaint is hereby extended until and including November 13, 2007.

Dated: New York, New York
       September 19, 2007

COZEN O'CONNOR                              DICKSTEIN SHAPIRO LLP

By: _____                 By: _____
    Christopher B. Kende (CK-0632)              Andrew N. Bourne, Esq. (AB-9774)
    Christopher Raleigh (CR-9366)               1177 Avenue of the Americas
    45 Broadway Atrium – 16th Floor             New York, New York 10036-2714
    New York, New York 10006                    Attorneys for Defendant
    Attorneys for Plaintiff

SO ORDERED: _____
            P. Kevin Castel
            United States District Judge
            9-19-07

1

DSMDB-2321341v01