UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x
                                       )
ESSEX INSURANCE COMPANY,               )
                                       )
            Plaintiff,                 )       07 Civ. 4653 (PKC)
                                       )
      -against-                        )       **Motion to Admit**
                                       )       **Erica J. Dominitz**
CARNIVAL CORPORATION,                  )       *Pro Hac Vice*
                                       )
            Defendant.                 )
                                       )
---------------------------------------x

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Andrew N. Bourne, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

> Erica J. Dominitz
> Dickstein Shapiro LLP
> 1825 Eye St NW
> Washington, DC 20006
> Phone: (202) 420-2200
> Fax: (202) 420-2201
> dominitze@docksteinshapiro.com

Erica J. Dominitz is a member in good standing of the Bar of the State of New York and the Bar of the District of Columbia.

There are no pending disciplinary proceedings against Erica J. Dominitz in any State or Federal court.

Pursuant to Individual Practice 2(G) of Your Honor's Individual Practices, Counsel for Defendant Carnival Corporation has conferred with Counsel for Plaintiff Essex Insurance Company ("Essex") regarding this motion. Essex consents to this motion.

Dated: New York, New York
       October 12, 2007

                                          DICKSTEIN SHAPIRO LLP

                                          By: _____
                                              Andrew N. Bourne, Esq. (AB-9774)
                                          1177 Avenue of the Americas
                                          New York, New York 10036-2714
                                          Attorneys for Defendant



# District of Columbia Court of Appeals
## Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

ERICA J. DOMINITZ

was on the  6TH  day of  NOVEMBER, 1998  duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 11, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk



# Appellate Division of the Supreme Court
## of the State of New York
## Second Judicial Department

I, **James Edward Pelzer**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify That **Erica Jill Dominitz** was duly licensed and admitted to practice as an **Attorney and Counselor at Law** in all the courts of the State, according to the laws of the State and the court rules and orders, on the **12th** day of **November 1997** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counselor at law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on **October 12, 2007**

*James Edward Pelzer*
Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------x
)
ESSEX INSURANCE COMPANY,    )
)
    Plaintiff,    )    07 Civ. 4653 (PKC)
)
    -against-    )    **Affidavit of Andrew N. Bourne**
)    **In Support of Motion to Admit**
CARNIVAL CORPORATION,    )    **Erica J. Dominitz *Pro Hac Vice***
)
    Defendant.    )
)
---------------------------------------------x

Andrew N. Bourne, being duly sworn, hereby deposes and says as follows:

    1. I am an associate at Dickstein Shapiro LLP, counsel for Defendant Carnival Corporation in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant Carnival Corporation's motion to admit Erica J. Dominitz as counsel *pro hac vice* to represent Defendant Carnival Corporation in this matter.

    2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on October 9, 2003. I also am admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

    3. I have known Erica J. Dominitz since 2007.

    4. Erica J. Dominitz is a partner at Dickstein Shapiro LLP, in Washington, DC.

    5. I have found Ms. Dominitz to be a skilled attorney and a person of integrity. She is experienced in federal practice and is familiar with the Federal Rules of Procedure.

    6. Accordingly, I am pleased to move for the admission of Erica J. Dominitz, *pro hac vice*.

    7. I respectfully submit a proposed order granting the admission of Erica J. Dominitz, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Erica J. Dominitz, *pro hac vice*, to represent Defendant Carnival Corporation in the above captioned matter, be granted.

Dated: New York, New York
October 12, 2007

DICKSTEIN SHAPIRO LLP

State of New York)
                ss.)
County of New York)

By: _____
Andrew N. Bourne, Esq. (AB-9774)
1177 Avenue of the Americas
New York, New York 10036-2714
Attorneys for Defendant

Subscribed and sworn to before me this 12 day of October, 2007.

_____
Notary Public
SUSAN E. DANGELMAJER
Notary Public, State of New York
No. 01E86071856
Qualified in New York County
Commission Expires March 25, 20 10

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendant's Motion to Admit Erica J. Dominitz *Pro Hac Vice*, Affidavit of Andrew N. Bourne in Support of Motion to Admit Erica J. Dominitz *Pro Hac Vice*, and Order for Admission *Pro Hac Vice* of Erica J. Dominitz On Written Motion, were sent via first class U.S. mail and transmitted by electronic mail on this 12th day of October 2007 to the following:

> Christopher Raleigh, Esq.
> Christopher Kende, Esq.
> Cozen O'Connor
> 45 Broadway
> New York, NY 10006.
> (212) 908-1243
> craleigh@cozen.com
> ckende@cozen.com
> Counsel for Plaintiff Essex Insurance Company

By: _____
Andrew N. Bourne, Esq. (AB-9774)
1177 Avenue of the Americas
New York, New York 10036-2714
Attorneys for Defendant