UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/07
```

------------------------------------x
ESSEX INSURANCE COMPANY,            )
                                    )
            Plaintiff,              )    07 Civ. 4653 (PKC)
                                    )
        -against-                   )    **Order For Admission**
                                    )    ***Pro Hac Vice***
CARNIVAL CORPORATION,               )    **of Barry J. Fleishman**
                                    )    **On Written Motion**
            Defendant.              )
                                    )
------------------------------------x

Upon the motion of Andrew N. Bourne, attorney for Defendant Carnival Corporation, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that:

> Barry J. Fleishman
> Dickstein Shapiro LLP
> 1825 Eye St NW
> Washington, DC 20006
> Phone: (202) 420-2200
> Fax: (202) 420-2201
> fleishmanb@dicksteinshapiro.com

is admitted to practice *pro hac vice* as counsel for Defendant Carnival Corporation in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. This action is assigned to the Electronic Case Filing (ECF) system. Counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: New York, New York

SO ORDERED:

_____
P. Kevin Castel
United States District Judge

10-19-07