UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESSEX INSURANCE COMPANY, | x<br>)<br>) 07 Civ. 4653 (PKC)<br>)<br>) **DEFENDANT CARNIVAL**<br>) **CORPORATION'S JURY DEMAND**<br>)<br>)<br>)<br>)<br>x |
| Plaintiff, | |
| -against- | |
| CARNIVAL CORPORATION, | |
| Defendant. | |

## JURY DEMAND

Defendant Carnival Corporation, by its attorneys, Dickstein Shapiro LLP, hereby requests a jury trial on all issues so triable.

Dated: New York, New York
       November 14, 2007

Respectfully submitted,

s/Barry J. Fleishman
Barry J. Fleishman (admitted *pro hac vice*)
fleishmanb@dicksteinshapiro.com
Erica J. Dominitz (admitted *pro hac vice*)
dominitze@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC  20006
(202) 420-2200

*Attorneys for Defendant*
*Carnival Corporation*