UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- x
ESSEX INSURANCE COMPANY,           )
                                                         )   07 Civ. 4653 (PKC)
                        Plaintiff,             )
                                                         )   **DEFENDANT CARNIVAL**
            -against-                           )   **CORPORATION'S RULE 7.1**
                                                         )   **DISCLOSURE STATEMENT**
CARNIVAL CORPORATION,            )
                                                         )
                        Defendant.         )
------------------------------------------------- x

## DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT

Defendant Carnival Corporation, by and through undersigned counsel, hereby makes the following disclosures under Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.1 of the Local Rules for the Southern and Eastern District of New York:

1.  On April 17, 2003, Defendant Carnival Corporation and Carnival plc completed a dual listed company ("DLC") transaction, which implemented Carnival Corporation's and Carnival plc's DLC structure. The DLC transaction combined Carnival Corporation's and Carnival plc's businesses through a number of contracts and amendments to Carnival Corporation's articles of incorporation and by-laws and to Carnival plc's memorandum of association and articles of association. The two companies have retained their separate legal identities, and each company's shares continue to be publicly traded, Carnival Corporation's on the New York Stock Exchange and Carnival plc's on the London Stock Exchange. Both companies, however, operate as if they were a single economic enterprise. The contracts governing the DLC structure provide that Carnival Corporation and Carnival plc each continue to have separate boards of directors, but both companies' boards and senior executive management are identical. The amendments to each of the companies' constituent documents

also provide that, on most matters, the holders of common equity of both companies effectively vote as a single body.

2.  Other than the interest Carnival plc has in Carnival Corporation as a result of the two companies' DLC structure, no publicly held corporation owns 10% or more of Carnival Corporation's stock.

Dated: New York, New York
November 19, 2007

Respectfully submitted,

s/Barry J. Fleishman
Barry J. Fleishman (admitted *pro hac vice*)
fleishmanb@dicksteinshapiro.com
Erica J. Dominitz (admitted *pro hac vice*)
dominitze@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006
(202) 420-2200

*Attorneys for Defendant*
*Carnival Corporation*

DSMDB-2354254v02