

☐ **ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————— x
                                                    )
ESSEX INSURANCE COMPANY,                             )
                                                    )
            Plaintiff,                               )            07 Civ. 4653 (PKC)
                                                    )
            -against-                                )            **Motion to Admit**
                                                    )            **Vivek Chopra**
CARNIVAL CORPORATION,                                )            *Pro Hac Vice*
                                                    )
            Defendant.                               )
                                                    )
————————————————————— x

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for

the Southern and Eastern Districts of New York, I, Andrew N. Bourne, a member in good

standing of the Bar of this Court, hereby move for an Order allowing the admission *pro hac vice*

of:

> Vivek Chopra
> Dickstein Shapiro LLP
> 1825 Eye Street, N.W.
> Washington, DC 20006
> Phone: (202) 420-2200
> Fax: (202) 420-2201
> choprav@dicksteinshapiro.com

Vivek Chopra is a member in good standing of the Bar of the State of Maryland and the

Bar of the District of Columbia.

There are no pending disciplinary proceedings against Vivek Chopra in any State or

Federal court.

Pursuant to Individual Practice 2(G) of Your Honor's Individual Practices, Counsel for

Defendant Carnival Corporation has conferred with Counsel for Plaintiff Essex Insurance

Company ("Essex") regarding this motion. Essex consents to this motion.

Dated: January 4, 2008
     New York, New York

                       DICKSTEIN SHAPIRO LLP

By: _____
              Andrew N. Bourne, Esq. (AB-9774)
              1177 Avenue of the Americas
              New York, New York  10036-2714
              Attorneys for Defendant



## District of Columbia Court of Appeals
### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia
Court of Appeals, do hereby certify that

VIVEK CHOPRA

was on the    4ᵀᴴ    day of    MAY, 1998

duly qualified and admitted as an attorney and counselor and
entitled to practice before this Court and is, on the date
indicated below, an active member in good standing of this Bar.

> In Testimony Whereof, I have
> hereunto subscribed my name
> and affixed the seal of this
> Court at the City of
> Washington, D.C., on
> December 21, 2007.
>
> GARLAND PINKSTON, JR., CLERK
>
> By: _____
>              Deputy Clerk

# Court of Appeals
# of Maryland
### Annapolis, MD



## *CERTIFICATE OF GOOD STANDING*

*STATE OF MARYLAND, ss:*

*I, Alexander L. Cummings, Clerk of the Court of Appeals of Maryland, do hereby certify that on the third day of January, 2002,*

## Vivek Chopra

*having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.*

**In Testimony Whereof,** *I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this seventeenth day of December, 2007.*

*Alexander L. Cummings*
*Clerk of the Court of Appeals of Maryland*

**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____x
                                         )
ESSEX INSURANCE COMPANY,                 )
                                         )
                Plaintiff,               )        07 Civ. 4653 (PKC)
                                         )
            -against-                    )        **Affidavit of Andrew N. Bourne**
                                         )        **In Support of Motion to Admit**
CARNIVAL CORPORATION,                    )        **Vivek Chopra _Pro Hac Vice_**
                                         )
                Defendant.               )
                                         )
_____x

State of New York        )
                         )  ss:
County of New York       )

Andrew N. Bourne, being duly sworn, hereby deposes and says as follows:

1. I am an associate at Dickstein Shapiro LLP, counsel for Defendant Carnival Corporation in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant Carnival Corporation's motion to admit Vivek Chopra as counsel _pro hac vice_ to represent Defendant Carnival Corporation in this matter.

2. I am a member in good standing of the Bar of the State of New York, and was admitted to practice law on October 9, 2003. I also am admitted to the Bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Vivek Chopra since 2007.

4. Vivek Chopra is counsel at Dickstein Shapiro LLP, in Washington, DC.

5. I have found Mr. Chopra to be a skilled attorney and a person of integrity. He is experienced in federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move for the admission of Vivek Chopra, _pro hac vice_.

7. I respectfully submit a proposed order granting the admission of Vivek Chopra, _pro hac vice_, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Vivek Chopra, *pro hac vice*, to represent Defendant Carnival Corporation in the above captioned matter, be granted.

Dated:  New York, New York
       January **4**, 2008

DICKSTEIN SHAPIRO LLP

Subscribed and sworn to
before me this ___4th___ day
of January, 2008.

_____
Notary Public

**SUSAN E. DANGELMAJER**
**Notary Public, State of New York**
**No. 01E86071856**
**Qualified in New York County**
**Commission Expires March 25, 2010**

By: _____
    Andrew N. Bourne, Esq. (AB-9774)
    1177 Avenue of the Americas
    New York, New York  10036-2714
    Attorney for Defendant

# Exhibit A

DSMDB-2363121

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                         )

ESSEX INSURANCE COMPANY,     )
                         )

       Plaintiff,         )         07 Civ. 4653 (PKC)
                         )

       -against-       )         **Order For Admission**
                         )         *Pro Hac Vice*

CARNIVAL CORPORATION,    )         **of Vivek Chopra**
                         )         **On Written Motion**

       Defendant.      )
                         )
---------------------------------------------------------------x

       Upon the motion of Andrew N. Bourne, attorney for Defendant Carnival Corporation, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that:

               Vivek Chopra
               Dickstein Shapiro LLP
               1825 Eye Street, N.W.
               Washington, DC 20006
               Phone: (202) 420-2200
               Fax: (202) 420-2201
               choprav@dicksteinshapiro.com

is admitted to practice *pro hac vice* as counsel for Defendant Carnival Corporation in the above-captioned case in the United States District Court for the Southern District of New York.

       All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. This action is assigned to the Electronic Case Filing (ECF) system. Counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: January ___, 2008        SO ORDERED:
      New York, NY


                         _____
                         Judge P. Kevin Castel
                         United States District Court

DSMDB-2363121



**ORIGINAL**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendant's Motion to Admit Vivek Chopra
*Pro Hac Vice*, Affidavit of Andrew N. Bourne in Support of Motion to Admit Vivek
Chopra *Pro Hac Vice*, and Order for Admission *Pro Hac Vice* of Vivek Chopra On Written
Motion, were transmitted by electronic mail on this _7th_ day of January 2008 to the
following:

> Christopher Raleigh, Esq.
> Christopher Kende, Esq.
> Cozen O'Connor
> 45 Broadway
> New York, NY 10006
> (212) 908-1243
> craleigh@cozen.com
> ckende@cozen.com
> Counsel for Plaintiff Essex Insurance Company

By: _____

> Andrew N. Bourne, Esq. (AB-9774)
> 1177 Avenue of the Americas
> New York, New York  10036-2714
> Attorneys for Defendant