# MEMO ENDORSED

## DICKSTEINSHAPIRO LLP

1177 Avenue of the Americas | New York, NY 10036-2714
TEL (212) 277-6500 | FAX (212) 277-6501 | dicksteinshapiro.com

May 6, 2008

**VIA FACSIMILE**

The Honorable P. Kevin Castel
United States District Court
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl St., Room 2260
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/08
```

*[Handwritten endorsement: Conference adjourned from May 9 to June 13, 2008 at 3:30 p.m.  SO ORDERED  /s/ 5-6-08]*

Re: *Essex Insurance Co. v. Carnival Corp.*, 07 Civ. 4653 (PKC): Parties Joint Request for Adjournment of Pre-trial Conference

Dear Judge Castel:

The parties in the above-referenced matter jointly request a thirty-day adjournment of the pre-trial conference scheduled before the Court for this Friday, May 9, 2008. The parties are involved in settlement negotiations with the aid of a mediator and believe that a settlement is possible with continued negotiations. Mediation of the dispute began on January 25; the parties have met in person four times and are attempting to schedule a follow-up meeting to be held in the next few weeks.

As you know, there is a related case pending in the United States District Court for the Southern District of Florida ("the Florida Action"). In the event settlement of this matter is not reached, and in accordance with the initial scheduling order in this matter, the parties will submit to the Court a proposed case management plan with dates harmonized with any such plan issued in the Florida Action.

Accordingly, the parties respectfully request that the Court postpone the May 9, 2008, pre-trial conference for thirty days.

Respectfully submitted,

*[signature]*

Andrew N. Bourne
(212) 277-6649
bournea@dicksteinshapiro.com

cc:  Christopher Raleigh, Esq.      **Via Email: CRaleigh@cozen.com**
     Christopher Kende, Esq.        **Via Email: CKende@cozen.com**

Washington, DC | New York, NY | Los Angeles, CA

DSMDB.2435582