Christopher Raleigh (CR-9366)
COZEN O' CONNOR
Attorney for Plaintiff
45 Broadway, 16th Floor
New York, New York 10006
Telephone: (212) 509-9400

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ESSEX INSURANCE COMPANY,

    Plaintiff,

-against-

CARNIVAL CORPORATION,

    Defendant.

07 Civ. 4653 (PKC)

**STIPULATION AND
ORDER OF DISMISSAL**

---

The captioned matter having been settled, it is hereby

ORDERED that the above entitled action is hereby dismissed with prejudice and without costs to either party.

Dated: New York, New York
      July 22, 2008

SO ORDERED:

_____
P. Kevin Castel
United States District Judge

22-Jul-08 12:45pm From-Cozen O'Connor (NY) 212-908-1302 T-379 P.003/004 F-953
Case 1:07-cv-04653-PKC Document 23 Filed 07/22/2008 Page 1 of 2

We hereby consent to the entry of the foregoing Order:

COZEN O'CONNOR
Attorneys for Plaintiff

By: */s/*

Christopher B. Kehde (CK-0632)
Christopher Raleigh (CR-9366)
45 Broadway Atrium, 16th Floor
New York, New York 10006
Attorneys for Plaintiff


DICKSTEIN SHAPIRO, LLP

By: */s/*

Andrew N. Bourné, Esq. (AB-9774)
1177 Avenue of the Americas
New York, New York 10036
Attorneys for Defendant


NEWYORK\388655\1 188522.000

2